# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$18,564 IN U.S. CURRENCY,

        Defendant,

and

DARIUS JOVON EWING-MCDOWELL,

        Claimant.

Case No. 24-cv-3309 (SRN/ECW)

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Default Judgment and Final Order of Forfeiture (ECF No. 30). A hearing was held on this matter on August 5, 2025. Counsel for the United States, Lucas Draisey, appeared, and no other parties or their representatives entered an appearance at the hearing.

Based on the motion of the United States for an order: (1) granting default judgment against all unknown persons and entities who have failed to file claim to the defendant currency and answer to the Complaint For Forfeiture *In Rem* and (2) for a Final Order of Forfeiture as to $16,764 of the defendant currency; and based on all the files and records in this action, the Court finds as follows:

1. The United States filed a Verified Complaint for Forfeiture *In Rem* on August 19, 2024, alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. The Clerk of Court issued Warrant of Arrest and Notice *In Rem* on August 21, 2024 directing the U.S. Marshal to arrest the defendant currency and to serve all persons and entities with a potential interest in the defendant currency with a copy of the Complaint for Forfeiture *In Rem* and the Warrant of Arrest and Notice *In Rem*;

3. The United States sent a Notice of Judicial Forfeiture Proceedings, the Verified Complaint for Forfeiture *In Rem*, and the Warrant of Arrest and Notice *In Rem* by certified mail on November 15, 2024 to Craig E. Cascarano, attorney for Claimant;

4. On September 19, 2024, the Claimant filed an Answer to the Complaint but did not file a Verified Claim asserting he owns the Defendant Currency;

5. Pursuant to Rule G(4)(a)(iv)(C), the U.S. Attorney's Office posted a notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 21, 2024;

6. No other claim or answer has been filed, and the time for filing a claim and answer has expired under Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

7. The Clerk has entered default against all unknown persons or entities who may have a claim to the defendant currency but have failed to file their claim or the answer the United States's complaint. ECF No. 29;

8. The United States has entered a Stipulation of Settlement (ECF No. 28-1) with the Claimant through which they have agreed to the disposition of the defendant currency;

9. The United States served Notice (ECF No. 31), via ECF, of the hearing on its Motion for Default Judgment and a Final Order of Forfeiture on counsel for the Claimant.  Through email communications between counsel for the United States and counsel for the Claimant, the Claimant waived his appearance.

 NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Stipulation of Settlement between the United States and the Claimant (ECF No. 28-1) is hereby APPROVED;

2. The United States' motion for a default judgment and final order of forfeiture (ECF No. 30) is GRANTED;

3. Default judgment is entered against all unknown persons and entities having an interest in the defendant currency for failure to file a claim to the

defendant currency and an answer to the Verified Complaint for Forfeiture *In Rem* as required by 18 U.S.C. § 983(a)(4)(A) and (B), and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

4. Pursuant to the parties' Stipulation of Settlement, $16,764 of the defendant currency is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6) for disposition in accordance with law, and $1,500 shall be returned to the Claimant in accordance with the terms of the Stipulation of Settlement.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 5, 2025

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge